KILGO v. WAL-MART STORES, INC.

No. 359P00

Case below: 138 N.C. App. 644

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 20 December 2000.

LOVEKIN v. LOVEKIN & INGLE

No. 517P00

Case below: 140 N.C. App. 244

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 20 December 2000.

LUPTON v. BCBS OF N.C.

No. 413P00

Case below: 139 N.C. App. 421

Petition by plaintiffs (Lupton and Giduz, and all persons similarly situated) for discretionary review pursuant to G.S. 7A-31 denied 20 December 2000.

LYNN v. BURNETTE

No. 418PA99-2

Case below: 134 N.C. App. 731

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 20 December 2000. Motion by plaintiff to strike defendant's petition for discretionary review denied 20 December 2000. Motion by plaintiff to dismiss denied 20 December 2000.

McINTYRE v. FORSYTH CTY. DSS

No. 349P00

Case below: 138 N.C. App. 327

Petition by respondent for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 20 December 2000.